IN THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| **CHARLES G. MOORE AND KATHLEEN F. MOORE**<br><br>Plaintiff/Petitioner<br><br>vs.<br>**UNITED STATES OF AMERICA**<br><br>Defendant/Respondent | Cause No.: **2:19-CV-01539-JCC**<br>Hearing Date:<br><br>DECLARATION OF SERVICE OF<br>**SUMMONS IN A CIVIL ACTION; COMPLAINT FOR REFUND OF FEDERAL INCOME TAX AND INTEREST; CIVIL COVER SHEET** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **27th day of September, 2019** at **3:33 PM** at the address of **700 STEWART ST STE 5220, SEATTLE, King County, WA 98101**; this declarant served the above described documents upon **UNITED STATES OF AMERICA c/o BRIAN T. MORAN, U.S. ATTORNEY FOR WESTERN DISTRICT OF WASHINGTON, DESIGNEE** by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with **Misha Carmichael , DESIGNEE , PERSON AUTHORIZED TO ACCEPT,** who accepted service, with identity confirmed by subject stating their name, a black male approx. 25-35 years of age, 5'10"-6'0" tall, weighing 180-200 lbs with brown hair with a beard..

**Certified Mailing**

Affiant then deposited in the United States mail by Certified Mail in the county where the property is situated the above documents with proper postage attached and addressed to:

**950 Pennsylvania Ave NW**
**Washington D.C., 20530**

**1500 Pennsylvania Ave NW**
**Washington D.C., 20220**

No information was provided or discovered that indicates that the subjects served are members of the United States military.

**ORIGINAL PROOF OF SERVICE**
PAGE 1 OF 2

For: Baker Hostetler
Ref #: 115007.000001

Tracking #: 0043653696



| PLAINTIFF/PETITIONER: CHARLES G. MOORE AND KATHLEEN F. MOORE | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: UNITED STATES OF AMERICA | 2:19-CV-01539-JCC |

Service Fee Total: $60.00

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

Date: 10/8/19

*[signature]*

James Bradford, Reg. # 204960, King County

## AFFIX USPS CERTIFIED MAIL RECEIPT IN BLANK SPACE BELOW
*(ALIGN TOP OF RECEIPT TO TOP OF THIS PAGE)*

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7016 0750 0000 8149 3744

Sent To: William Barr
Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave NW
City, State, ZIP+4: Washington, D.C. 20530

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7016 0750 0000 8149 3737

Sent To: General Counsel
Street and Apt. No., or PO Box No.: 1500 Pennsylvania Ave NW
City, State, ZIP+4: Washington, D.C. 20220



REF: **115007.000001**



Tracking #: **0043653696**