Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHARLES G. MOORE AND KATHLEEN F. MOORE,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. 2:19-cv-1539-JCC<br><br>**STIPULATED MOTION TO FILE OVER-LENGTH BRIEFS AND SET EXTENDED BRIEFING SCHEDULE**<br><br>**NOTE ON MOTION CALENDAR: February 18, 2020** |

Pursuant to LCR 7(f) and Fed. R. Civ. P. 6(b), the undersigned parties hereby request approval to file an over-length motion to dismiss and opposition thereto, and to set an extended briefing schedule. The parties request ten (10) additional pages for their respective briefs, for a total of 34 pages each. The parties also request that the Court set March 27, 2020 as the deadline for filing an opposition to the motion to dismiss, and April 27, 2020 as the deadline for filing a reply. The reasons are as follows:

1.　　The Complaint presents novel legal issues, namely, constitutional challenges to the "mandatory repatriation tax" under the Tax Cuts and Jobs Act of 2017. Dkt. No. 1.

2.　　The United States' response to the Complaint is due February 24, 2020. Dkt. No. 23. The United States intends to file a motion to dismiss.

Stip. Motion to File Over-Length Briefs and Set Extended Briefing Schedule
(Case No. 2:19-cv-1539-JCC)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-6547

3. The typical page limit for a motion to dismiss is 24 pages. LCR 7(e)(3).

4. The nature of the legal arguments—not to mention the policy impact of a statute potentially being invalidated—justifies allowing the United States ten (10) additional pages for its motion to dismiss, and the Moores a corresponding number of extra pages for their opposition. *See* LCR 7(f)(4). The Complaint raises two constitutional challenges to the "mandatory repatriation tax" (26 U.S.C. § 965): an Apportionment Clause challenge and a Due Process Clause (retroactivity) challenge. Dkt. No. 1 at 6-8. As far as the parties know, this is the first case in any court to raise either of those issues with respect to the "mandatory repatriation tax."

5. A motion to dismiss also potentially disposes of the case, which would obviate the need for discovery or trial. Judicial economy is served by addressing the legal issues upfront.

6. In addition, good cause exists under Rule 6(b) for an extended briefing schedule.

7. The local rules generally allow 2-3 weeks for an opposition to a motion to dismiss, and 4-7 days for a reply. LCR 7(d)(3).

8. Due to the nature of the legal arguments involved, the parties need additional time to research the relevant issues and ensure they can fully brief the Court.

9. Furthermore, the briefing on both sides will require extra scrutiny due to the nature and policy impact of this case, in particular on the government's end.

10. Accordingly, the parties believe it is reasonable to allow 5 weeks to file an opposition, and 4 weeks to file a reply, on the United States' motion to dismiss.

WHEREFORE, the United States, Charles Moore, and Kathleen Moore respectfully request that the Court grant ten (10) additional pages for a motion to dismiss and the opposition

Stip. Motion to File Over-Length Briefs and
Set Extended Briefing Schedule
(Case No. 2:19-cv-1539-JCC)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-6547

thereto, and set an extended briefing schedule with the opposition due March 27, 2020, and the reply due April 27, 2020.

Dated: February 18, 2020

Respectfully submitted,

| | |
|---|---|
| /s/ Andrew M. Grossman<br>Andrew M. Grossman *(pro hac vice)*<br>BAKER & HOSTETLER LLP<br>Washington Square, Suite 1100<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C.  20036-5304<br>Tel:   (202) 861-1500<br>Fax:  (202) 861-1783<br>agrossman@bakerlaw.com<br><br>*Attorney for Plaintiffs Charles and Kathleen Moore* | RICHARD E. ZUCKERMAN<br>Principal Deputy Assistant Attorney General<br><br>/s/ Jennifer Y. Golden<br>JENNIFER Y. GOLDEN<br>Trial Attorney<br>KARI M. LARSON<br>Senior Litigation Counsel<br>U.S. Department of Justice, Tax Division<br>P.O. Box 683, Ben Franklin Station<br>Washington, D.C.  20044<br>Tel:  202-616-3822 (Larson)<br>Tel:  202-307-6547 (Golden)<br>Fax: 202-307-0054<br>Kari.M.Larson@usdoj.gov<br>Jennifer.Y.Golden@usdoj.gov<br><br>*Attorneys for Defendant United States of America* |

Stip. Motion to File Over-Length Briefs and Set Extended Briefing Schedule (Case No. 2:19-cv-1539-JCC)   3

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-6547

# CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2020, I served a copy of the foregoing document by filing a copy through the Court's CM/ECF system, which will send an electronic copy to:

James R. Morrison (jmorrison@bakerlaw.com)
Baker & Hostetler LLP
999 Third Avenue
Suite 3600
Seattle, WA 98104-4040

Andrew M. Grossman (agrossman@bakerlaw.com)
David B. Rivkin, Jr. (drivkin@bakerlaw.com)
Jeffrey H. Paravano (jparavano@bakerlaw.com)
Katherine L. McKnight (kmcknight@bakerlaw.com)
Nicholas C. Mowbray (nmowbray@bakerlaw.com)
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304

Competitive Enterprise Institute
Sam Kazman (Sam.Kazman@cei.org)
Devin Watkins (Devin.Watkins@cei.org)
1310 L Street NW, 7th Floor
Washington, D.C. 20005

*Attorneys for Plaintiffs*

Respectfully submitted,

/s/ Jennifer Y. Golden
JENNIFER Y. GOLDEN
Trial Attorney, Tax Division
U.S. Department of Justice

Stip. Motion to File Over-Length Briefs and
Set Extended Briefing Schedule
(Case No. 2:19-cv-1539-JCC)

4

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-6547