THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES G. MOORE AND KATHLEEN F. MOORE,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. C19-1539-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties stipulated motion for leave to file an over-length motion to dismiss and opposition thereto. Finding good cause, the Court hereby GRANTS the motion. The United States shall have ten (10) additional pages for its motion to dismiss, for a total of thirty-four (34) pages. Pursuant to Local Rule 7(f), Plaintiffs shall have an equal number of pages for their opposition, and the United States shall have half the number of pages for its reply. Plaintiffs' opposition to the motion to dismiss shall be filed no later than March 27, 2020. The United States' reply brief shall be filed no later than April 27, 2020. The motion to dismiss will be noted for consideration on April 27, 2020.

//

DATED this 20th day of February 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk