HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES G. MOORE and KATHLEEN F. MOORE,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | Civil Action No. 2:19-cv-01539 JCC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' CROSS MOTION FOR SUMMARY JUDGMENT** |

This matter is before the Court on the Plaintiffs' Cross Motion for Summary Judgment (Dkt. No. __). Upon consideration of the briefing on Plaintiffs' Cross Motion for Summary Judgment, the entire record herein, and for the reasons stated in the forthcoming Memorandum Opinion, it is hereby

ORDERED that Plaintiffs' Cross Motion for Summary Judgment is GRANTED, and Defendant's Motion to Dismiss is DENIED.

IT IS SO ORDERED.

Dated this _____ day of _____, 2020.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JOHN C. COUGHENOUR
　　　　　　　　　　　　　　　　　　　United States District Judge

[PROPOSED] ORDER GRANTING
PLAINTIFFS' CROSS MOTION FOR
SUMMARY JUDGMENT - 1
CASE NO.: 2:19-CV-01539 JCC

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA 98104-4040
Telephone: (206) 332-1380

Presented by:

BAKER & HOSTETLER LLP

*s/ James R. Morrison*
James R. Morrison, WSBA No. 43043
999 Third Avenue
Suite 3600
Seattle, WA  98104-4040
Tel:    206.332.1380
FAX:   206.624.7317
E-mail: jmorrison@bakerlaw.com

Andrew M. Grossman*
David B. Rivkin, Jr.*
Jeffrey H. Paravano*
Katherine L. McKnight*
Nicholas C. Mowbray*
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304
Tel: (202) 861-1500
Fax: (202) 861-1783
E-mail: agrossman@bakerlaw.com
E-mail: drivkin@bakerlaw.com
E-mail: jparavano@bakerlaw.com
E-mail: kmcknight@bakerlaw.com
E-mail: nmowbray@bakerlaw.com

COMPETITIVE ENTERPRISE INSTITUTE
Sam Kazman*
Devin Watkins*
1310 L Street NW, 7th Floor
Washington, D.C. 20005
Tel: (202) 331-1010
Fax: (202) 331-0640
Email: Sam.Kazman@cei.org
Email: Devin.Watkins@cei.org

*Attorneys for Plaintiffs*

* Admitted *pro hac vice*

---

[PROPOSED] ORDER GRANTING
PLAINTIFFS' CROSS MOTION FOR
SUMMARY JUDGMENT - 2
CASE NO.: 2:19-CV-01539 JCC

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA  98104-4040
Telephone:  (206) 332-1380

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served by CM/ECF upon the following:

Kari M. Larson
Jennifer Y. Golden
U.S. Department of Justice
Tax Division, Western Region
P.O. box 683, Ben Franklin Station
Washington, D.C. 20044
Ph: 202-616-3822 (Larson)
Ph: 202-307-6547 (Golden)
Fax: 202-307-0054
Email: kari.m.larson@usdoj.gov; jennifer.y.golden@usdoj.gov

*Attorneys for Defendants*

DATED this 27th day of March, 2020 at Seattle, Washington.

*s/ Jennifer Hickman*
Jennifer Hickman

[PROPOSED] ORDER GRANTING
PLAINTIFFS' CROSS MOTION FOR
SUMMARY JUDGMENT - 3
CASE NO.: 2:19-CV-01539 JCC

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA  98104-4040
Telephone:  (206) 332-1380