THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES G. MOORE and KATHLEEN F. MOORE, <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CASE NO. C19-1539-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court pursuant to the parties' stipulated motion to file over-length briefs and extend the briefing schedule (Dkt. No. 28). Finding good cause, the Court GRANTS the motion and ORDERS as follows:

1. Defendant shall have ten (10) additional pages for its combined reply in support of its motion to dismiss and response in opposition to Plaintiffs' motion for summary judgment, for a total of thirty-four (34) pages. Pursuant to Local Civil Rule 7(f), Plaintiffs shall have half that number of pages for their reply.

2. Defendant's combined reply in support of its motion to dismiss and response in opposition to Plaintiffs' motion for summary judgment shall be filed no later than

May 11, 2020.

3. Plaintiffs' reply brief shall be filed no later than June 1, 2020.

4. Defendant's motion to dismiss (Dkt. No. 26) and Plaintiff's motion for summary judgment (Dkt. No. 29) shall be noted for consideration on June 1, 2020. The Clerk is directed to RENOTE Docket Number 26 accordingly.

DATED this 27th day of March 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
