# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

June 26, 2023

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re:  Charles G. Moore, et ux.
          v. United States
          No. 22-800
          (Your No. 20-36122)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk